IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

MARSHALL DIVISION

| | | |
|---|---|---|
| CARLOS M. MOORE | § | |
| VS. | § | CIVIL ACTION NO. 2:09cv101 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

<u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Charles Everingham. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and recommendations for disposition. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that Defendant's motion to dismiss is **GRANTED IN PART** and **DENIED IN PART** and that this action is **DISMISSED** without prejudice.

SIGNED this 8th day of June, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE